# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER SCOTT REEDER,

            Petitioner,

v.

TIMOTHY GARRETT, et al.,

           Respondents.

Case No. 3:23-cv-00290-RCJ-CSD

**ORDER**

Counseled Petitioner Christopher Scott Reeder has filed an unopposed motion for an extension of time to file his second-amended petition. (ECF No. 14.) This is Reeder's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for an extension of time (ECF No. 14) is granted. Reeder has up to and including March 25, 2024, to file his second-amended petition.

Dated: March 11, 2024

ROBERT C. JONES
UNITED STATES DISTRICT COURT