1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER SCOTT REEDER,

Petitioner,

v.

TIMMOTHY GARRETT, et al.,

Respondents.

Case No. 3:23-cv-00290-ART-CSD

ORDER

10      This matter is before this Court on Petitioner Christopher Scott Reeder's
11  unopposed motion for an extension of time to file his opposition to the motion to
12  dismiss. (ECF No. 26.) This is Reeder's first request for an extension of this
13  deadline. The Court finds good cause exists to grant the motion.

14      It is therefore ordered that the unopposed motion for extension of time (ECF
15  No. 26) is granted. Reeder has until June 17, 2024, to file his opposition to the
16  motion to dismiss.

17      Dated this 11th day of June 2024.

18
19
20
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

1