UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SCOTT REEDER,<br><br>Petitioner,<br>v.<br><br>TIMMOTHY GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00290-ART-CSD<br><br>ORDER |

This matter is before this Court on Respondents' unopposed motion for an extension of time to file their reply in support of their motion to dismiss. (ECF No. 29.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 29) is granted. Respondents have until August 5, 2024, to file their reply.

Dated this 9th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1