UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SCOTT REEDER,<br><br>　　　　　　　　　　　Petitioner,<br>　v.<br>TIMMOTHY GARRETT, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:23-cv-00290-ART-CSD<br><br>ORDER |

　　　This matter is before this Court on Petitioner Christopher Scott Reeder's unopposed motion for an extension of time to file his reply to Respondents' answer to his Second-Amended Petition. (ECF No. 36.) This is Reeder's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that the unopposed motion for extension of time (ECF No. 36) is granted. Reeder has until January 3, 2025, to file their reply.

　　　DATED THIS 6th day of December 2024.

　　　　　　　　　　　　　　　　　*/s/ Anne R. Traum*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1